**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BECKY HEDRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NO. 1:00-CV-2375-CCH |
| SHONEY'S, INC. AND | ) |
| CAPTAIN D'S, INC., | ) |
| | ) |
| Defendants. | ) |

## DISMISSAL WITH PREJUDICE OF ALL CLAIMS

Having amicably resolved the underlying dispute between each other, Plaintiff Becky Hedrick and Defendants Shoney's, Inc. and Captain D's, Inc. have hereby consented to file this their Dismissal With Prejudice of all Claims in the above-styled civil action, with each party to bear its own costs. The Clerk is authorized to mark the above-styled lawsuit "Dismissed with Prejudice" upon the docket records of the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted this 15 day of ~~December~~ January, 2003.

| | |
|---|---|
| Matthew C. Billips, Esq. | Randy C. Gepp, Esq. |
| (Georgia Bar No. 057110) | (Georgia Bar No. 373700) |
| Miller, Billips & Ates, P.C. | HOLLOWELL, FOSTER & GEPP, P.C. |
| Attorney for Plaintiff | Attorney for Defendants |
| 730 Peachtree Street | 1200 Harris Tower |
| Suite #750 | 233 Peachtree Street, N.E. |
| Atlanta, Georgia 30308 | Atlanta, Georgia 30303-1507 |

144

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BECKY HEDRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:00-CV-2375-CCH |
| SHONEY'S, INC. AND ) | |
| CAPTAIN D'S, INC., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served opposing counsel in the above-referenced case by placing a certified copy of the **Dismissal with Prejudice of All Claims** in the United States Mail, proper postage affixed thereto, and addressed as follows:

Matthew C. Billips, Esq.
Miller, Billips & Ates, P.C.
730 Peachtree Street, #750
Atlanta, Georgia  30308

This  15  day of  January  , 2003.

_____
Randy C. Gepp, Esq.
(Georgia Bar No. 291375)

HOLLOWELL, FOSTER & GEPP, P.C.
1200 Harris Tower
233 Peachtree Street, N.E.
Atlanta, Georgia  30303-1507
(404) 658-9900